# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELSO VILLAGOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>J. BIOL, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00550 DLB PC<br><br>ORDER REGARDING NOTICE OF CHANGE OF ADDRESS |

    Plaintiff Celso Villagomez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 10, 2015.

    On April 10, 2015, Plaintiff filed a notice of change of address effective June of 2015. Plaintiff is advised that the Court's case management system is unable to set a change of address for a future date. Therefore, Plaintiff is advised that he must re-file his notice of change of address on the actual date.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's notice of change of address of April 10, 2015, is DISREGARDED.

IT IS SO ORDERED.

    Dated: __**April 13, 2015**__            /s/ *Dennis L. Beck*
                                                       UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28