# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELSO VILLAGOMEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. BIOL, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00550 DLB PC<br><br>ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM |

　　Plaintiff Celso Villagomez ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 10, 2015.[1] He names as Defendants: J. Biol, M.D.; S. Robinson, R.N.; T. Angara, R.N.; Correctional Officers Saldivar, Carrion, and Morales. On February 24, 2016, the Court dismissed the complaint for failure to state a claim and directed Plaintiff to file an amended complaint. Plaintiff was granted thirty days to do so. Over thirty days have passed and Plaintiff has failed to comply. The Court notes that the order of February 24, 2016, was returned by the U.S. Postal Service on February 29, 2016, as "Undeliverable – Not at ASP."

///

///

---

[1] Plaintiff consented to the jurisdiction of the Magistrate Judge on May 1, 2015.

1

Accordingly, IT IS HEREBY ORDERED that the action is DISMISSED with prejudice for failure to state a claim for relief.

IT IS SO ORDERED.

Dated: **April 4, 2016**          /s/ *Dennis L. Beck*
                                   UNITED STATES MAGISTRATE JUDGE